IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN DALE STENZ,                )
                                )
            Petitioner,          )
                                )  Civil No. 06-1491-TC
    v.                          )
                                )  ORDER
CHUCK SEELEY,                   )
                                )
            Respondent.          )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on January 25, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's petition (#3) is denied without prejudice, and this proceeding is dismissed.

IT IS SO ORDERED.

DATED this _7th_ day of _Feb._, 2007.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2   - ORDER